AO 455 (Rev. 5/85) Waiver of Indictment



# UNITED STATES DISTRICT COURT

_____ DISTRICT OF _____

| UNITED STATES OF AMERICA | |
|---|---|
| V. | **WAIVER OF INDICTMENT** |
| Juan Jorge Aviles-Barriga | CASE NUMBER: 07-00800 RMW |

I, __Juan Jorge Aviles-Barriga__ the above named defendant, who is accused of

8 U.S.C 1326

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __12/20/07__ *Date* prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_Juan Aviles Barriga_
Defendant

_____
Counsel for Defendant

Before _Patricia V. Trumbull_
*Judicial Officer*