**\*E-FILED \***

# CRIMINAL MINUTE ORDER

**JUDGE:** Ronald M. Whyte    **REPORTER:** Lee-Anne Shortridge

**DATE:** January 28, 2008    **TIME:** 9:00 am

**CRIMINAL NO.:** CR-07-00800-RMW

**TITLE:** UNITED STATES OF AMERICA  -v- JUAN JORGE AVILES-BARRIGA
       **APPEARANCES:**           (P) ©

**PLTF:** AUSA: J. Schenk    **DEFT:** C. Lie
       **INTERPRETER:**            L. Acre

**COURT ACTION:** STATUS HEARING

**Hearing Held. The defense needs time to investigate the case. The Court continued this matter to 2/11/08 @ 9:00 am for a Status Hearing.**

           /s/ Jackie Garcia
            **JACKIE GARCIA**
           **Courtroom Deputy**