1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney

2

3  BRIAN J. STRETCH (CSBN 163973)
   Chief, Criminal Division

4  JEFFREY B. SCHENK (CASBN 234355)
   Assistant United States Attorney

5

6    150 Almaden Boulevard
     San Jose, California 95113
     Telephone: (408) 535-2695

7    Facsimile:  (408) 535-5066
     Email: jeffrey.b.schenk@usdoj.gov

8

   Attorneys for the United States of America

9

10                        UNITED STATES DISTRICT COURT

11                       NORTHERN DISTRICT OF CALIFORNIA

12                              SAN JOSE DIVISION

13

14  UNITED STATES OF AMERICA,          )    No.     CR 07-70562-RMW
                                       )
15        Plaintiff,                   )    STIPULATION AND [PROPOSED]
                                       )    ORDER EXCLUDING TIME FROM
16    v.                               )    FEBRUARY 11, 2008 TO FEBRUARY 25,
                                       )    2008 FROM THE SPEEDY TRIAL ACT
17  JUAN JORGE AVILES-BARRIGA,         )    CALCULATION (18 U.S.C. §
                                       )    3161(h)(8)(A))
18        Defendant.                   )
                                       )
19  _____ )

20        On February 11, 2008, the parties appeared for a hearing before this Court.  At that

21  hearing, the government and defense requested an exclusion of time under the Speedy Trial Act

22  based upon the defense counsel's need to effectively prepare by reviewing discovery materials

23  submitted by the government and the need to jointly negotiate a resolution in this matter.  At that

24  time, the Court set the matter for a hearing on February 25, 2008.

25        The parties stipulate that the time between February 11, 2008 and February 25, 2008 is

26  excluded under the Speedy Trial Act, 18 U.S.C. §3161, and agree that the failure to grant the

27  requested continuance would unreasonably deny defense counsel reasonable time necessary for

28  effective preparation, taking into account the exercise of due diligence.  Finally, the parties agree

                                         1

1    that the ends of justice served by granting the requested continuance outweigh the best interest of

2    the public, and the defendant in a speedy trial and in the prompt disposition of criminal cases.  18

3    U.S.C. §3161(h)(8)(A).

4

5    DATED: February 11, 2008                    JOSEPH P. RUSSONIELLO
                                                  United States Attorney
6

7                                                 ___/s/_____
                                                  JEFFREY B. SCHENK
8                                                 Assistant United States Attorney

9

10                                                _____
                                                  CYNTHIA LIE
11                                                Attorney for Defendant

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

1

**<u>ORDER</u>**

2  Based upon the stipulation of the parties, and for good cause shown, the Court HEREBY

3  ORDERS that the time between February 11, 2008 and February 25, 2008 is excluded under the

4  Speedy Trial Act, 18 U.S.C. §3161.  The court finds that the failure to grant the requested

5  continuance would unreasonably deny defense counsel reasonable time necessary for effective

6  preparation, taking into account the exercise of due diligence.  Furthermore, the Court finds that

7  the ends of justice served by granting the requested continuance outweigh the best interest of the

8  public and the defendant in a speedy trial and in the prompt disposition of criminal cases.  The

9  court therefore concludes that this exclusion of time should be made under 18 U.S.C.

10  §3161(h)(8)(A).

11

12  IT IS SO ORDERED.

13  DATED:                                                  _____

RONALD M. WHYTE

14  UNITED STATES DISTRICT JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3