**\*E-FILED \***

# CRIMINAL MINUTE ORDER

**JUDGE:** Ronald M. Whyte          **REPORTER:** Gina Colin

**DATE:** February 11, 2008          **TIME:** 9:00 am

**CRIMINAL NO.:** CR-07-00800-RMW

**TITLE:** UNITED STATES OF AMERICA     -v- JUAN JORGE AVILES-BARRIGA
         **APPEARANCES:**                           (P) (C)

**PLTF:** AUSA: J. Schenk          **DEFT:** N. Humy for C. Lie
         **INTERPRETER:**                 L. Acre

**COURT ACTION:** STATUS HEARING

**Hearing Held. The defense advised the Court that they have made a discovery request to government. The defense needs additional time to investigate the case. The Court continued this matter to 2/25/08 @ 9:00 am for a Status Hearing. The Court excluded time based on effective preparation. Time is excluded to 2/25/08. Government to prepare exclusion order.**

                                        */s/ Jackie Garcia*
                                         **JACKIE GARCIA**
                                         **Courtroom Deputy**