1  BARRY J. PORTMAN
   Federal Public Defender
2  CYNTHIA C. LIE
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant AVILES-BARRIGA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-07-00800 RMW |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING |
| vs. | |
| JUAN JORGE AVILES-BARRIGA, | |
| Defendant. | |

**STIPULATION**

The parties hereby stipulate and agree that the status hearing currently set for Monday, February 25, 2008 may be continued to Monday, March 10, 2008 at 9:00 a.m.  The reason for the requested continuance is to permit the defendant to investigate whether venue properly lies in this district.  The parties further stipulate and agree that 14 days may be excluded from the time within which trial shall commence, as reasonable time necessary for effective defense preparation, pursuant to Title 18, United States Code Section 3161(h)(8)(A) and (h)(8)(B)(iv).

Dated: February 20, 2008

_____/s/_____
JEFFREY SCHENK
Assistant United States Attorney

Stipulation and [Proposed] Order Continuing
Hearing
CR 07-00800 RMW                                        1

Dated: February 20, 2008

                                                s/_____
                                                CYNTHIA C. LIE
                                                Assistant Federal Public Defender

## [PROPOSED] ORDER

Good cause appearing and by stipulation of the parties, it is hereby ordered that the sentencing hearing currently scheduled for February 25, 2008 shall be continued to Monday, March 10, 2008 at 9:00 a.m.

It is further ordered that 14 days shall be excluded from the time within which trial shall commence, as the reasonable time necessary for effective defense preparation, taking into account the exercise of due diligence.  18 U.S.C. §3161(h)(8)(B)(iv).

Dated: February ___, 2008

                                                _____
                                                RONALD M. WHYTE
                                                United States District Judge