1  BARRY J. PORTMAN
   Federal Public Defender
2  CYNTHIA C. LIE
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant AVILES-BARRIGA

*E-FILED - 2/21/08*

6

7
                    IN THE UNITED STATES DISTRICT COURT
8
                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
9

10
   UNITED STATES OF AMERICA,        )    No. CR-07-00800 RMW
11                                  )
              Plaintiff,            )    STIPULATION AND []
12                                  )    ORDER CONTINUING HEARING
   vs.                              )
13                                  )
   JUAN JORGE AVILES-BARRIGA,       )
14                                  )
              Defendant.            )
15  _____)

16
                              **STIPULATION**
17
        The parties hereby stipulate and agree that the status hearing currently set for Monday,
18
   February 25, 2008 may be continued to Monday, March 10, 2008 at 9:00 a.m.  The reason for the
19
   requested continuance is to permit the defendant to investigate whether venue properly lies in
20
   this district.  The parties further stipulate and agree that 14 days may be excluded from the time
21
   within which trial shall commence, as reasonable time necessary for effective defense
22
   preparation, pursuant to Title 18, United States Code Section 3161(h)(8)(A) and (h)(8)(B)(iv).
23
   Dated: February 20, 2008
24
                                              _____/s/_____
25                                            JEFFREY SCHENK
                                              Assistant United States Attorney
26

Stipulation and [] Order Continuing
Hearing
CR 07-00800 RMW                              1

1

2   Dated: February 20, 2008

3                                           s/_____
                                            CYNTHIA C. LIE
4                                           Assistant Federal Public Defender

5

6                                        **[] ORDER**

7      Good cause appearing and by stipulation of the parties, it is hereby ordered that the

8   sentencing hearing currently scheduled for February 25, 2008 shall be continued to Monday,

9   March 10, 2008 at 9:00 a.m.

10     It is further ordered that 14 days shall be excluded from the time within which trial shall

11  commence, as the reasonable time necessary for effective defense preparation, taking into

12  account the exercise of due diligence.  18 U.S.C. §3161(h)(8)(B)(iv).

13

14  Dated: February 21, 2008                 _Ronald M. Whyte_____
                                            RONALD M. WHYTE
15                                          United States District Judge

16

17

18

19

20

21

22

23

24

25

26