***E-FILED *__**

# CRIMINAL MINUTE ORDER

**JUDGE:** Ronald M. Whyte     **REPORTER:** Summer Clanton

**DATE:** March 10, 2008     **TIME:** 9:00 am

**CRIMINAL NO.:** CR-07-00800-RMW

**TITLE:** UNITED STATES OF AMERICA   -v- JUAN JORGE AVILES-BARRIGA
    **APPEARANCES:**                   (P) (C)

**PLTF:** AUSA: J. Schenk     **DEFT:** C. Lie
        **INTERPRETER:**         L. Acre

**COURT ACTION: STATUS HEARING**

**Hearing Held. The defense needs additional time to investigate a potential venue issue. The Court continued this matter to 3/31/08 @ 9:00 am for a Status Hearing. The Court excluded time based on effective preparation. Time is excluded to 3/31/08. Government to prepare exclusion order.**

  */s/ Jackie Garcia*
     **JACKIE GARCIA**
   **Courtroom Deputy**