***E-FILED ***

# CRIMINAL MINUTE ORDER

**JUDGE:** Ronald M. Whyte        **REPORTER:** Margo Gurule

**DATE:** March 31, 2008          **TIME:** 9:00 am

**CRIMINAL NO.:** CR-07-00800-RMW

**TITLE:** UNITED STATES OF AMERICA  -v- JUAN JORGE AVILES-BARRIGA
      APPEARANCES:                        (P) (C)

**PLTF:** AUSA: J. Schenk         **DEFT:** C. Lie
      INTERPRETER:                     A. Detrinadad

**COURT ACTION:** STATUS HEARING

**Hearing Held. The parties request a referral to Magistrate Judge Trumbull for a settlement conference. The parties are to contact Judge Trumbull's chambers. The Court continued this matter to 4/21/08 @ 9:00 AM for a Status Hearing. The Court excluded time based on effective preparation. Time is excluded to 4/21/08. Government to prepare exclusion order.**

                              /s/ Jackie Garcia
                              **JACKIE GARCIA**
                              **Courtroom Deputy**