UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CRIMINAL** ~~CIVIL~~ MINUTE ORDER

MAGISTRATE JUDGE PATRICIA V. TRUMBULL

Date **4/2/08**

ERO _____     Clerk _____

Case No. **CR-07-00800 RMW**   Case Title **USA v. Juan Jorge Aviles-Barriga**

**Appearances for Plaintiff(s)**
Jeff Schenk

**Appearances for Defendant(s)**
Cynthia Lie

## PROCEEDINGS

Pretrial Conferences: [ ] Initial  [ ] Status  [ ] Discovery
[X] Settlement  [ ] Final
[ ] Other _____

## MOTIONS

Plf.  Def.                                     check if case dispositive
[ ]   [ ]   1. _____                  [ ]
[ ]   [ ]   2. _____                  [ ]
[ ]   [ ]   3. _____                  [ ]
[ ]   [ ]   4. _____                  [ ]

## DISPOSITION

[ ] Granted          [ ] Submitted              [X] Settled
[ ] Denied           [ ] Briefs to be filed     [ ] Not Settled
                         (See schedule)
[ ] Granted in part, denied in part             [ ] Off Calendar

Briefing Schedule: Opening _____   Answer _____
                   Reply _____
[ ] Continued to _____ for _____

## ORDER TO BE PREPARED BY

[ ] Plaintiff    [ ] Defendant    [ ] Court    [ ] Court w/opinion

NOTES: 1 hour