***E-FILED ***

# CRIMINAL MINUTE ORDER

**JUDGE:** Ronald M. Whyte    **REPORTER:** Lee-Anne Shortridge

**DATE:** April 21, 2008    **TIME:** 9:00 am

**CRIMINAL NO.:** CR-07-00800-RMW

**TITLE:** UNITED STATES OF AMERICA    -v- JUAN JORGE AVILES-BARRIGA
      **APPEARANCES:**           (P)  (C)

**PLTF:** AUSA: J. Schenk    **DEFT:** C. Lie
      **INTERPRETER:**           L. Acre

**COURT ACTION:** STATUS HEARING

**Hearing Held. The parties advised the Court that they have come to an agreement in principal. Government needs to obtain approval. The Court continued this matter to 5/1/08 @ 2:00 PM for Possible Disposition.**

       /s/ Jackie Garcia
         **JACKIE GARCIA**
       **Courtroom Deputy**