1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2

**FILED**

2008 APR 21 P 4: 25

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

## UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 07 00800 RMW |
| Plaintiff, ) | VIOLATION: Title 8, United States Code, Section 1325 -- Improper Entry by an Alien (Two Counts) |
| v. ) | |
| JUAN JORGE AVILES-BARRIGA, ) | SAN JOSE VENUE |
| Defendant. ) | |

## SUPERSEDING INFORMATION

The United States Attorney charges:

COUNT ONE:   (Title 8, United States Code, Section 1325(a) -- Improper Entry by an Alien -- First Offense)

On or about March 2002, in the Southern District of California, the defendant,

**JUAN JORGE AVILES-BARRIGA,**

an alien, did obtain entry into the United States from Mexico by means of a willfully false and misleading representation, and by the willful concealment of a material fact, in violation of Title 8, United States Code, Section 1325(a)(3), a Class B misdemeanor.

//
//
//

INFORMATION

1  COUNT TWO:    (Title 8, United States Code, Section 1325(a) -- Improper Entry by an
2                Alien -- Subsequent Offense)

3   On or about September 2005, in the Southern District of California, the defendant,

4                           JUAN JORGE AVILES-BARRIGA,

5  an alien, having previously committed a violation of Title 8, United States Code, Section

6  1325(a)(3), as alleged in Count One of this Information, did obtain entry into the United States

7  from Mexico by means of a willfully false and misleading representation, and by the willful

8  concealment of a material fact, in violation of Title 8, United States Code, Section 1325(a)(3), a

9  Class E Felony.

DATED: 4/21/2008

JOSEPH P. RUSSONIELLO
United States Attorney

DAVID R. CALLAWAY
Deputy Chief, San Jose Branch Office

(Approved as to form: _____)
                      AUSA SCHENK

INFORMATION                              2

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☑ INFORMATION ☐ INDICTMENT ☑ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location: **NORTHERN DISTRICT OF CALIFORNIA**

FILED
2008 APR 21 P 4:24
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

### OFFENSE CHARGED
Count 1: 8 U.S.C. Section 1325 - Improper Entry (Class B Misdemeanor)
Count 2: 8 U.S.C. Section 1325 - Improper Entry (Class E Felony)

☐ Petty
☐ Minor
☑ Misdemeanor
☑ Felony

PENALTY:
Count 1: 6 months imprisonment; $5,000 fine; $10 special assessment
Count 2: 2 years imprisonment; $250,000 fine; $100 S/A; 1 year supervised release

### DEFENDANT - U.S.
JUAN JORGE AVILES-BARRIGA

DISTRICT COURT NUMBER: CR 07-00800-RMW

### PROCEEDING
Name of Complaintant Agency, or Person (&Title, if any)
IMMIGRATION AND CUSTOMS ENFORCEMENT

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

SHOW DOCKET NO.

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM: **JOSEPH P. RUSSONIELLO**
☑ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned): JEFFREY B. SCHENK

### DEFENDANT
**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☑ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges   ☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes ☐ No
If "Yes" give date filed

DATE OF ARREST ▶ Month/Day/Year

Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS
PROCESS:
☐ SUMMONS ☑ NO PROCESS* ☐ WARRANT    Bail Amount:

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:
Before Judge:

Comments: