*E-FILED *

# CRIMINAL MINUTE ORDER

**JUDGE:** Ronald M. Whyte  **REPORTER:** Lee-Anne Shortridge

**DATE:** May 1, 2008  **TIME:** 2:00 pm

**CRIMINAL NOS.:** CR-07-00800-RMW

**TITLE:** UNITED STATES OF AMERICA  -v- JUAN JORGE AVILES-BARRIGA
   APPEARANCES:        (P)   (C)

**PLTF:** AUSA: R. Cheng for J. Schenk   **DEFT:** C. Lie
   **INTERPRETER:**    T. Oros

**COURT ACTION:** DISPOSITION/SENTENCING

Hearing Held. The Court arraigned the defendant on the Superseding Information. Defendant waive reading and advisement of rights. A Waiver of Indictment was executed and accepted by the Court. Defendant plead guilty to Count 1 and 2. A Plea Agreement was executed in open court. SENTENCING: Defendant waived a preparation of a PSR. The Court sentenced the defendant to the custody of the B.O.P. for a period of 30 months. The term consist of 6 months as to Count 1 and 24 months as to Count 2, to be served consecutively. Upon release from custody, the defendant shall be placed on supervised release for a period of 1 year. The defendant is ordered to pay a special assessment in the amount of $110, which shall be due immediately. The Court did not impose a fine. See Judgment for specifics.

   */s/ Jackie Garcia*
   **JACKIE GARCIA**
   **Courtroom Deputy**