AO 455 (Rev. 5/85) Waiver of Indictment

FILED

MAY - 1 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

# United States District Court

DISTRICT OF

UNITED STATES OF AMERICA
V.

Juan Jorge Aviles-Barriga

## WAIVER OF INDICTMENT

CASE NUMBER: CR-07-00800-RMW

I, Juan Jorge Aviles Barriga, the above named defendant, who is accused of

8 USC 1325

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 5/1/08 (*Date*) prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Juan Jorge Aviles B
*Defendant*

[signature]
*Counsel for Defendant*

Before R M Whyte
*Judicial Officer*